1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
   BRIAN L. BRADFORD, ESQ.
3  Nevada Bar No. 9518
4  300 South Fourth Street
   Suite 1500
5  Las Vegas, NV  89101
   Telephone:  (702) 252-3131
6  Facsimile:   (702) 252-7411
7  E-Mail Address:  smahoney@fisherphillips.com
   E-Mail Address:  bbradford@fisherphillips.com
8  Attorneys for Defendant

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11

12  TASHINA MATHESON, an individual,    )   Case No.: 3:20-cv-00606
                                         )
13                      Plaintiff,       )
        vs.                              )   **STIPULATION AND ORDER TO**
14                                       )   **EXTEND TIME TO RESPOND TO**
    CASHMAN EQUIPMENT COMPANY,           )   **COMPLAINT**
15  a domestic corporation,              )   **(First Request)**
                                         )
16                      Defendant.       )
17  _____ )

18          IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

19  record that Defendant will have an extension of time up to and including December

20  11, 2020, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

21  Defense counsel has recently been retained and needs additional time to review the

22  allegations in the Complaint and all the relevant files.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

FP 39130327.1                          - 1 -

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

This is the first request for an extension of this deadline.

FISHER & PHILLIPS                          THE GEDDES LAW FIRM, P.C.


By:   /s/ Scott M. Mahoney, Esq.            By:   /s/ William J. Geddes
                                           William J. Geddes
Scott M. Mahoney, Esq.                     Kristen R. Geddes
Brian L. Bradford, Esq.                    1575 Delucchi Lane, Suite 206
300 S. Fourth Street #1500                 Reno, NV 89502
Las Vegas. NV 89101                        Attorneys for Plaintiff
Attorney for Defendant


IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

Dated:   November 19, 2020

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 39130327.1

- 2 -