FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 South Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  smahoney@fisherphillips.com
E-Mail Address:  bbradford@fisherphillips.com
Attorneys for Defendant,
Cashman Equipment Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TASHINA MATHESON, an individual, | Case No.: 3:20-cv-00606-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| CASHMAN EQUIPMENT COMPANY, a domestic corporation, | **(Second Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including December 28, 2020, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defendant needs further time to complete its response to the 25-page Complaint and defense counsel has had, and will continue to have, a number of court hearings, deadlines and mediations until the Christmas holiday.  This is the second request for

1  an extension of this deadline.

2     FISHER & PHILLIPS                      THE GEDDES LAW FIRM, P.C.

3

4  By:  /s/ Scott M. Mahoney, Esq.      By:  /s/ William J. Geddes
    Scott M. Mahoney, Esq.                   William J. Geddes

5     Brian L. Bradford, Esq.                   Kristen R. Geddes
   300 S. Fourth Street #1500            1575 Delucchi Lane, Suite 206

6     Las Vegas. NV 89101                      Reno, NV 89502
   Attorney for Defendant                  Attorneys for Plaintiff

7

8

9                                     IT IS SO ORDERED:

10                                    UNITED STATES MAGISTRATE JUDGE

11                                    Dated: December 11, 2020

FP 39347543.1

- 2 -