WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com

*Attorneys for Plaintiff Tashina Matheson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TASHINA MATHESON, an individual, | CASE NO:  3:20-cv-00606-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| CASHMAN EQUIPMENT COMPANY, a domestic corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective

counsel of record, that this matter be dismissed with prejudice, each party to bears its own costs and

attorneys' fees.

FISHER & PHILLIPS                              THE GEDDES LAW FIRM, P.C.

*Electronic Signature Authorized*             *Electronic Signature Authorized*

/s/  Scott M. Mahoney, Esq.                    /s/ William J. Geddes, Esq.

Scott M. Mahoney, Esq.                         William J. Geddes
300 S. Fourth Street #1500                     1575 Delucchi Lane, Suite 206
Las Vegas. NV 89101                            Reno, Nevada 89502
Attorney for Defendant                         Attorney for Plaintiff

Dated: ___March 30, 2021___                    IT IS SO ORDERED:

                                               _____
                                               UNITED STATES DISTRICT JUDGE

The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
Phone 775-853-9455